**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**FILED**
2019 MAR 20  P 2: 35
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| **NELSON VALLE,**<br><br>      Plaintiff,<br><br>v.<br><br>**MRS BPO, LLC.,** *et al.*<br><br>      Defendant(s). | **CASE NO: 3:18-cv-00493-AVC**<br><br><br><br><br><br>**MARCH 20ᵗʰ 2019** |

## STIPULATION OF DISMISSAL

Plaintiff Nelson Valle and defendant GC Services Limited Partnership ("GC Services"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that all claims asserted against defendant GC Services in the above-captioned action are hereby dismissed in its entirety with prejudice and without costs to any party.

Respectfully submitted,

| | |
|---|---|
| Pro Se Plaintiff, | Defendant,<br>GC Services Limited Partnership, |
| /s/ Nelson Valle | /s/ Kevin J. McEleney |
| Nelson Valle | Kevin J. McEleney, Esq. (ct27673) |
| 80 State House Square #125 | UPDIKE, KELLY & SPELLACY, P.C. |
| Harford, CT 06123 | 100 Pearl Street |
| Telephone: (860) 212-0794 | P.O. Box 231277 |
| Email: profiler@hush.ai | Hartford, CT 06123-1277 |
| | Tel: (860) 548-2622 |
| | Fax: (860) 548-2680 |
| | Email: kmceleney@uks.com |

STIPULATION OF DISMISSAL
- 1

Nelson Valle
80 State House Square #125.
Hartford, CT 06123
+860.212.0794 phone
profiler@hush.ai

## CERTIFICATE OF SERVICE

I hereby certify that on March 20tth 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Fling. Parties may access this filing through the Court's CM/ECF System.

_____

STIPULATION OF DISMISSAL
- 2

Nelson Valle
80 State House Square #125.
Hartford, CT 06123
+860.212.0794 phone
profiler@hush.ai