# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| NELSON VALLE, | : |
|     Plaintiff, | : CASE NO. 3:18-CV-00493-AVC |
| v. | : |
| MRS BPO, LLC, <br> SENTINEL OFFENDER SERVICES, LLC, <br> IC SYSTEMS, INC., <br> CHOICE ONE PIZZA, <br> GC SERVICES LIMITED PARTNERSHIP, <br> ENHANCED RECOVERY COMPANY, LLC, <br> CONVERGENT OUTSOURCING, <br> AARONS/SEI, <br> THE CBE GROUP, | : |
|     Defendants. | : |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff Nelson Valle ("Plaintiff") and Defendant, Enhanced Recovery Company, LLC ("Defendant"), have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. The parties will file a stipulation of dismissal promptly upon executing the final confidential settlement agreement.

DATED: April 4, 2019.

                                              **SMITH, GAMBRELL & RUSSELL LLP**

                                              */s/ Scott S. Gallagher*
                                              Scott S. Gallagher, Esq.
                                              PHV Bar Number: phv08629
                                              50 North Laura Street, Suite 2600
                                              Jacksonville, Florida 32202
                                              Phone: (904) 598-6111
                                              Fax: (904) 598-6211

        Email: sgallagher@sgrlaw.com
        Admitted Pro Hac Vice

        and

        Michael P. Regan
        1301 Avenue of the Americas, 21st Floor
        New York, New York 10019
        Tel. (212) 907-9759
        Facsimile: (212) 907-9859
        mregan@sgrlaw.com

        *Attorneys for Defendant, Enhanced Recovery Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system (unless stated otherwise), which will send a notice of electronic filing to the following:

| | |
|---|---|
| *Pro Se Plaintiff* <br> Nelson Valle <br> 80 State House Square #125 <br> Hartford, CT 06123 <br> rvx22@live.com <br> profiler@hush.ai. | Michael J. Dugan, Esq. <br> Nicole B. Gehen, Esq. <br> Elizabeth A. O'Donnell, Esq. <br> Litchfield Cavo LLP <br> 82 Hopmeadow St., Suite 210 <br> Simsbury, CT 06089 <br> dugan@litchfieldcavo.com <br> gehen@litchfieldcavo.com <br> o'donnell@litchfieldcavo.com <br><br> *Attorney for Sentinel Offender Services* |
| Ian James Gemmell, Esq. <br> Peabody & Arnold LLP <br> Federal Reserve Plaza <br> 600 Atlantic Avenue <br> Boston, MA 02210-2261 <br> igemmell@peabodyarnold.com <br><br> and | Kevin Joseph McEleney, Esq. <br> Adam B. Marks, Esq. <br> Updike, Kelly & Spellacy, P.C. <br> 100 Pearl St., 17th Floor <br> P.O. Box 231277 <br> Hartford, CT 06123-1277 <br> kmceleney@uks.com <br> amarks@uks.com |

| | |
|---|---|
| Dale T. Golden, Esq.(*admitted Pro Hac Vice*)<br>Golden, Scaz, Gagain, PLLC<br>201 North Armenia Avenue<br>Tampa, FL 33609-2303<br>dgolden@gsgfirm.com<br><br>*Attorney for Convergent Outsourcing & GBE Group* | *Attorney for GC Services Limited Partnership* |
| John K. Rossman, Esq.<br>Moss & Barnett, P.A.<br>150 South Fifth Street<br>Suite 1200<br>Minneapolis, MN 55402<br>John.rossman@lawmoss.com<br><br>*Attorney for MRS BPO, LLC* | Ian J. Gemmell, Esq.<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlanta Avenue<br>Boston, MA 02210-2261<br>igemmell@peabodyarnold.com<br><br>*Attorney for I.C. Systems, Inc.* |
| **Via U.S. Mail**<br>Choice One Pizza<br>c/o Abdul Samad<br>24 New Britain Ave<br>Hartford, CT 06106 | **Via U.S. Mail**<br>Aarons/SEI<br>309 East Paces Ferry Rd NE<br>Atlanta, GA 30305 |

                                                        */s/ Scott S. Gallagher*
                                                      Scott S. Gallagher (phv08629)