# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| NELSON VALLE, | : |
| Plaintiff, | : CASE NO. 3:18-CV-00493-AVC |
| v. | : |
| MRS BPO, LLC, SENTINEL OFFENDER SERVICES, IC SYSTEMS, INC., CHOICE ONE PIZZA, GC SERVICES LIMITED PARTNERSHIP, ENHANCED RECOVERY COMPANY, LLC, CONVERGENT OUTSOURCING, AARONS/SEI, THE CBE GROUP, | : |
| Defendants. | |

## **JOINT STIPULATION OF DIMISSAL WITH PREJUDICE**

COME NOW Plaintiff, NELSON VALLE ("Plaintiff"), and Defendant, ENHANCED RECOVERY COMPANY, LLC ("ERC"), in proper person and through undersigned counsel, respectively, and hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, to the dismissal of this action, with prejudice, with each party to bear his or its own fees and costs.

Respectfully submitted this 6th day of May, 2019.

| **NELSON VALLE** | **SMITH, GAMBRELL & RUSSELL, LLP** |
|---|---|
| /s/ *Nelson Valle* (*w/ permission*) | /s/ *Scott S. Gallagher* |
| Nelson Valle | Scott S. Gallagher |
| Pro Se Plaintiff | PHV Bar No.: phv08629 |
| 80 State House Square #125 | 50 North Laura St, Suite 2600 |
| Hartford, Connecticut 06123 | Jacksonville, FL 32202 |
| Tel: (305) 791-8959 | (904) 598-6111 |
| Email: profiler@hush.ai | (904) 598-6211 fax |
| | Email: sgallagher@sgrlaw.com |
| *Pro Se Plaintiff* | |
| | and |

Michael P. Regan
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel: (212) 907-9759
Fax: (212) 907-9859
Email: mregan@sgrlaw.com

*Attorneys for Defendant, Enhanced Recovery Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system (unless stated otherwise), which will send a notice of electronic filing to the following:

*Pro Se Plaintiff*
Nelson Valle
80 State House Square #125
Hartford, CT 06123
rvx22@live.com

Michael J. Dugan, Esq.
Nicole B. Gehen, Esq.
Litchfield Cavo LLP
82 Hopmeadow St., Suite 210
Simsbury, CT 06089
dugan@litchfieldcavo.com
gehen@litchfieldcavo.com
*Attorney for Sentinel Offender Services*

Ian James Gemmell, Esq.
John J. O'Connor, Esq. (*Pro Hac Vice Pending*)
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
igemmell@peabodyarnold.com
joconnor@peabodyarnold.com

Kevin Joseph McEleney, Esq.
Adam B. Marks, Esq.
Updike, Kelly & Spellacy, P.C.
100 Pearl St., 17th Floor
P.O. Box 231277
Hartford, CT 06123-1277
kmceleney@uks.com
amarks@uks.com
*Attorney for GC Services Limited Partnership*

and

Dale T. Golden, Esq.

2

Golden, Scaz, Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609-2303
dgolden@gsgfirm.com
*Admitted Pro Hac Vice*

*Attorney for Convergent Outsourcing & GBE Group*

John K. Rossman, Esq.
Moss & Barnett, P.A.
150 South Fifth Street
Suite 1200
Minneapolis, MN 55402
John.rossman@lawmoss.com
*Attorney for MRS BPO, LLC*

**Via U.S. Mail**
Aarons/SEI
309 East Paces Ferry Rd NE
Atlanta, GA 30305

**Via U.S. Mail**
Choice One Pizza
c/o Abdul Samad
24 New Britain Ave
Hartford, CT 06106

                                                */s/ Scott S. Gallagher*
                                                Scott S. Gallagher (phv08629)