UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NELSON VALLE,<br><br>              Plaintiff,<br><br>   v.<br><br>MRS BPO, LLC.,<br>SENTINEL OFFENDER SERVICES, LLC.,<br>IC SYSTEMS, INC., CHOICE ONE PIZZA,<br>GC SERVICES LIMITED PARTNERSHIP,<br>ENHANCED RECOVERY COMPANY, LLC.,<br>CONVERGENT OUTSOURCING,<br>AARONS/SEI, THE CBE GROUP,<br><br>              Defendants. | Case No.  3:18-cv-493-AVC<br><br>Judge Alfred V. Covello<br>Magistrate Donna F. Martinez<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant MRS BPO, LLC that the above-entitled action by Plaintiff may be, and hereby is dismissed against MRS BPO, LLC, on its merits with prejudice with each party to bear its own fees and costs.

Dated:  January 14, 2020                    s/ Nelson Valle
                                                         Nelson Valle
                                                         80 State House Square #125
                                                         Hartford, CT 06123
                                                          *Pro Se Plaintiff*

Dated:  January 14, 2020                    s/ John K. Rossman
                                                          John K. Rossman, ct27261
                                                          MOSS & BARNETT, PA
                                                          150 South Fifth Street, Suite 1200
                                                          Minneapolis, MN 55402-4129
                                                         Telephone:  (612) 877-5396
                                                         Facsimile:  (612) 877-5060
                                                         E-mail: John.Rossman@lawmoss.com
                                                         *Attorneys for Defendant MRS BPO, LLC*