UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NELSON VALLE,**<br><br>Plaintiff,<br><br>v.<br><br>**CHOICE ONE PIZZA,** *et al.*<br><br>Defendants. | **CASE NO: 3:18-cv-00493-AVC**<br><br>**NOTICE OF SETTLEMENT**<br>**(RESPONSE DOC. NO. 138)**<br><br>**NOVEMBER 9, 2020** |

*TO THE HONORABLE JUDGE OF SAID COURT,*

This notice serves to hereby apprise the court that the parties have reached settlement terms regarding this pending matter. So as to best effectuate those terms, in response to the clerk's notice[1], the parties will file a joint stipulation of dismissal with prejudice within the forthcoming days.

_____

---

[1] *Doc. No. 138*

**NOTICE OF SETTLEMENT**
- 1

Nelson Valle
80 State House Square #125
Hartford, CT 06123
+860.212.0794 phone
profiler@hush.ai

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Fling. Parties may access this filing through the Court's CM/ECF System.

NOTICE OF SETTLEMENT
- 2

Nelson Valle
80 State House Square #125
Hartford, CT 06123
+860.212.0794 phone
profiler@hush.ai